IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE DE FREITAS,<br>        Plaintiff,<br><br>  *v.*<br><br>UNITED AIRLINES, INC.,<br>        Defendant. | Case No.  1:19-cv-03397<br><br>Judge Harry D. Leinenweber |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Jose De Freitas, and Defendant, United Airlines, Inc., by their respective attorneys, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice, with all parties to bear their own fees and costs.

DATED: July 28, 2020

| JOSE DE FREITAS | UNITED AIRLINES, INC. |
|---|---|
| *s/ Michael L. Fradin*<br>Michael L. Fradin<br>MICHAEL L. FRADIN<br>*mike@fradinlaw.com*<br>LAW OFFICE OF MICHAEL L. FRADIN<br>8401 Crawford Ave. Ste. 104<br>Skokie, IL 60076<br>Telephone: 847/986-5889<br>Facsimile: 847/673-1228<br><br>*and* | *s/ Amanda Inskeep*<br>Amanda E. Inskeep ARDC# 6303577<br>LITTLER MENDELSON, P.C. A Professional Corporation<br>321 North Clark Street Suite 1000<br>Chicago, IL  60654<br>312.372.5520 |

*s/ Adam Waskowski*
Adam Waskowski (#6284221)
WASKOWSKI JOHNSON YOHALEM LLP
954 W. Washington Blvd., #322
Chicago, Illinois 60607
awaskowski@wjylegal.com
Telephone: 312-278-3153